IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FREDDIE L. WILLIAMS,**

    **Plaintiff,**

    v.                                                                                                 **CASE NO. 23-3190-JWL**

**JARED JOHNSTONE, ET AL.,**

    **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff Freddie L. Williams is a state prisoner who initiated this pro se 42 U.S.C. § 1983 action in August 2023 by filing a complaint. (Doc. 1). Although he filed a poverty affidavit (Doc. 3), he neither paid the statutorily required filing fee nor filed a motion to proceed in forma pauperis, or without prepayment of fees. After an initial review, the Court determined that Plaintiff has, on at least three prior occasions, brought an action in this Court that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Thus, he is subject to the "three-strikes" provision of 28 U.S.C. § 1915(g), and he may proceed in forma pauperis only if he establishes a threat of imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

On August 10, 2023, the Court issued an order explaining the three-strikes rule, identifying the cases that constitute Plaintiff's prior strikes, and informing him that his complaint does not contain specific, credible allegations that he is in imminent danger of serious physical harm. (Doc. 4.) The Court therefore concluded that Plaintiff is not eligible to proceed in forma pauperis and it ordered him to pay the full filing fee to the Court on or before September 11, 2023 or the matter would be dismissed without additional prior notice. *Id.*

Plaintiff filed a motion for extension of time to pay the filing fee (Doc. 5), which was denied (Doc. 6). Plaintiff then filed a motion for reconsideration (Doc. 7), which was also denied (Doc. 8). In both orders of denial, the Court reminded Plaintiff that the full filing fee remained due on or before September 11, 2023. (Docs. 6 and 8.) The September 11, 2023 deadline by which Plaintiff was required to pay the $402.00 district court filing fee has now passed and Plaintiff has not paid the fee. Accordingly, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated on this 18th day of August, 2023, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge